ANDERSON, Circuit Judge,
concurring:
I concur in the result reached by Judge Tjoflat’s opinion, and I join all of the opin *1218 ion except Part V.A.4, which I admire as erudite writing, and which I think is very probably entirely accurate and sound. However, I conclude that I need not address or resolve those complex issues. To resolve this case, I can assume, arguendo (but not decide), that Williams, Wiggins, and Rompilla[1] are fully applicable, but that the state habeas court’s decision is not contrary to, or an unreasonable application of, clearly established Federal law (as determined by the Supreme Court) including those cases.

. The citations for the three cases are respectively: Williams v. Taylor, 529 U.S. 362, 120 S.Ct. 1495, 146 L.Ed.2d 389 (2000); Wiggins v. Smith, 539 U.S. 510, 123 S.Ct. 2527, 156 L.Ed.2d 471 (2003); and Rompilla v. Beard, 545 U.S. 374, 125 S.Ct. 2456, 162 L.Ed.2d 360 (2005).